Commonwealth *v.* Woodall, Appellant.

Submitted September 13, 1971. *Mary Bell Hammerman,* for appellant; *Steven H. Goldblatt* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant

724

District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.